United States Court of Appeals
Fifth Circuit

**F I L E D**

April 12, 2005

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT
_____

No. 04-50177
_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

   v.

JAIRO DARLENY MINERO-MENDEZ

        Defendant - Appellant

_____

Case No. 04-50906

UNITED STATES OF AMERICA

        Plaintiff - Appellee

   v.

JOSE ISRAEL LOBOS

        Defendant - Appellant

----------------------
Appeals from the United States District Court for the
Western District of Texas, Del Rio
DR-03-CR-562-1-AML
----------------------

Before DAVIS, SMITH, and DENNIS, Circuit Judges.

PER CURIAM:[*]


    IT IS ORDERED that the Appellee's unopposed motion to vacate

_____

[*] Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

the sentences is GRANTED.

IT IS FURTHER ORDERED that the Appellee's unopposed motion to remand the cases to district court for resentencing is GRANTED.

IT IS FURTHER ORDERED that the Appellee's unopposed alternative motion to extend time to file the Appellee's brief fourteen (14) days from the Court's denial of the Appellee's motion to vacate and remand is DENIED as unnecessary.